IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **BYRON GRAHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action File No.** |
| v. | ) | **1:15-CV-03463-SCJ** |
| | ) | |
| **YOUTH VILLAGES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER APPROVING SETTLEMENT

Before the Court is the parties' Joint Motion to Approve Settlement Agreement, pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b ). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement Agreement and General Release ("Settlement Agreement") reached by Plaintiff and Defendant.

Having reviewed the settlement amount and the pleadings and papers on file in this action, the Court enters this Order approving the Settlement Agreement and the proposed settlement payment to Plaintiff.

1. The Court **FINDS** that the proposed settlement is fair and reasonable and satisfy the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b);

2. The Court **APPROVES** the Settlement Agreement, and orders that the settlement be implemented according to the terms and conditions of the Settlement Agreement;

3. The parties' Joint Motion to Approve Settlement Agreement is hereby GRANTED.

4. As part of the Parties' settlement and pursuant to the Parties' agreement and limitations reached at mediation, the Plaintiff's counsel may file a single consolidated motion for attorneys' fees and expenses for all Plaintiffs in the *Stephenson* case, case no. **1:13-CV-3910-SCJ**, and Defendant may oppose this. After that motion is resolved, the *Stephenson* case will be DISMISSED WITH PREJUDICE.

5. The Plaintiff's' counsel is directed to submit a petition for fees and costs within 30 days of the entry of this Order. The Defendant is directed to submit any response to said petition within 21 days of service of the petition.

6. The Court retains jurisdiction in order to enforce this Order and to preside over the remaining issues in this case.

SO ORDERED this __4th__ day of __April__, 2016.

_s/Steve C. Jones_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT COURT JUDGE

4833-6901-3295, v. 1